UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

FILED ___ LODGED
___ RECEIVED

SEP 21 2010

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

| | |
|---|---|
| Sharelle Lindsey,<br><br>Plaintiff,<br><br>v.<br><br>Erie Mitigation Group, LLC,<br><br>Defendant. | Case No. 3:10-cv-05456-RBL<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

Now comes Plaintiff, by and through counsel, pursuant to Federal Rule of Civil Procedure 41(a), and hereby dismisses the present action with prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: /s/ *Mona Lisa C. Gacutan*
Mona Lisa C. Gacutan
600 Stewart St, Ste 720
Seattle, WA 98101
Tel: 1.866.339.1156
Fax: 1.312.822.1064
Email: mog@legalhelpers.com
*Attorney for Plaintiff*

IT IS SO ORDERED THIS 21st DAY OF September, 2010

_____
UNITED STATES DISTRICT COURT JUDGE

10-CV-05456-ORD

1